File Hashes for IP Address 71.64.106.59

**ISP:** Time Warner Cable
**Physical Location:** Beachwood, OH

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 12/07/2014 02:08:48 | D31250F2F583DFEFF9AC794E0CC750A74ABF46E6 | I Want You To Want Me |
| 12/07/2014 02:06:31 | DE24C3F03A30E1E0E3D7A2B66D4885E4A80D7549 | Still Mine |
| 11/30/2014 04:30:16 | A76B24C6848F089F7011D63DBB8F6A0EA42A2572 | Season of Love |
| 11/25/2014 01:28:22 | 309EEA52C9625E8912CF8BA075FF411098281DA3 | Drinks For Two |
| 11/24/2014 03:29:50 | D24D02CC7407620A623E55C55C3FB51C6ED180F0 | Enchanting Real Orgasms |
| 11/24/2014 02:37:38 | D33DDC5AFF9C4FC2242A5F677EB34C5023B1B1BE | Spellbound |
| 11/24/2014 02:37:20 | 3B20BDCD57E98A0FBECB612F60D7057D9BDAC50C | Tight and Wet |
| 11/08/2014 01:30:30 | 2A4D7C0AB461F59DD1C2844E46EC241A16C3560A | Sapphically Sexy |
| 11/08/2014 01:18:47 | 2F4771020A9701851F7D58DDEC8A77D916B55650 | Exposed And Aroused |
| 10/27/2014 01:50:30 | 85957A8702E1D45316CC325868D40DDA1326F63F | A Cloudy Hot Day |
| 10/27/2014 01:21:23 | B941BA4A4C0BEBE342DB610CEC84E9F41079D083 | Call Me Fox |
| 10/27/2014 01:15:25 | F556C588042A9787D99851B3474352BF84F24582 | Double Oh Heaven |
| 10/27/2014 01:00:46 | 2EC84B467597DD2833FFB8D2E7332F9FAE132A3C | Do Me Darling |
| 10/27/2014 00:54:41 | A8EDCCA5C0D4A7401411BEDFC2E27080AF23BCF6 | Spanish Heat |
| 10/02/2014 02:33:39 | D991E13868A9875708659A32504CF8CCB2C5EF6E | Fucking Goddesses |
| 09/13/2014 19:47:50 | 9B630DFAA6F7F8BEB2ACDB8A7C1CD82F250D6144 | Sexy En Noir |
| 09/13/2014 19:28:27 | 0A2A0018B50CE3DDDE605DDF7700FD4E18E21F5C | Early Morning Orgasm |
| 09/13/2014 19:05:12 | 3575AFE77E851F8F55C739E709C0CE8A47E29903 | Lisas Hidden Cam |
| 09/13/2014 19:04:18 | 7CDFEC28EBA0059E6754F9B64F0C7A0ECBB84A51 | Taste Me |

**Total Statutory Claims Against Defendant: 19**

EXHIBIT A

NOH131